IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01325-REB-MJW

SANDI UHRIG,

Plaintiff,

v.

BANNER HEALTH, an Arizona corporation d/b/a North Colorado Medical Center,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Joint Stipulation to Produce (Docket No. 32), it is hereby ORDERED that Defendant's Motion to Compel Compliance with Discovery Order (Docket No. 26) and Plaintiff's Motion to Strike Defendant's Motion to Compel Compliance with Discovery Order (Docket No. 30) are DENIED AS MOOT.

It is FURTHER ORDERED that Defendant's Motion for Leave to Restrict (Docket No. 28) is GRANTED.  The Clerk is directed to place Docket Nos. 26-1, 26-2, and 26-3 under Level 1 Restriction.

Date: February 24, 2014