IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01325-REB-MJW

SANDI UHRIG,

Plaintiff,

v.

BANNER HEALTH, an Arizona corporation d/b/a North Colorado Medical Center,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Based on the averments contained in Non-Party Centura Health Corporation's Response to Defendant's Motion to Enforce Subpoena Duces Tecum (Docket No. 40) and Plaintiff's Response to Defendant's Motion to Enforce Subpoena Duces Tecum (Docket No. 41), the court finds that Centura has complied with the subject Subpoena. Accordingly, it is hereby ORDERED that Defendant's Motion to Enforce Subpoena Duces Tecum (Docket No. 35) is DENIED AS MOOT.

Date: March 28, 2014