**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01325-REB-MJW

SANDI UHRIG,

      Plaintiff,

v.

BANNER HEALTH, an Arizona corporation d/b/a North Colorado Medical Center,

      Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated June 27, 2014 at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge