**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01325-REB-MJW

SANDI UHRIG,

       Plaintiff,

  v.

BANNER HEALTH, an Arizona corporation,
d/b/a North Colorado Medical Center,

       Defendant.

**DEFENDANT'S STATEMENT OF CLAIMS AND DEFENSES**

The following is a brief summary of the claims and defenses in this case:

The Plaintiff, Sandi Uhrig, worked for Defendant, Banner Health as a flight nurse at its Northern Colorado Medical Center in Greeley, Colorado from 1992 until Banner terminated her on November 21, 2011. Ms. Uhrig claims that Defendant terminated her because of her complaints that flight team crewmembers were not meeting the standards in patient care and in documenting information in patients' medical charts. Ms. Uhrig also claims that her termination violated two federal statutes, the Americans with Disabilities Act and the Family Medical Leave Act. Finally, Ms. Uhrig claims that Defendant's termination also breached its duty of good faith and fair dealing and the

promises Defendant made to adhere to its policies and procedures in terminating its employees.

Defendant denies that Plaintiff reported any patient safety concerns. Defendant asserts that it did not terminate Plaintiff for reporting patient safety concerns, or for any reason prohibited by the Americans with Disabilities Act or the Family Medical Leave Act. Defendant also denies that it made any promises or commitments to Plaintiff that would support a promissory estoppel or breach of contract claim. Though Plaintiff had good technical skills, she was rude and hostile to her co-workers. For years, supervisors documented her bad attitude, difficulties with communication, and inability to get along with others, but largely tolerated her behavior. In 2010, Plaintiff had a new management team (who had been Plaintiff's co-workers), who knew first-hand how horribly Plaintiff treated others. They were unwilling to tolerate her behavior, and instead, held her accountable and required that she change her behavior to maintain her employment. Plaintiff could not, or would not, change and her choice to continue in her divisive and abusive behavior resulted in the end of her employment.

DATED this 1st day of July, 2014

By: */s/ Lindsay J. Fiore*

Frank W. Visciano
SENN VISCIANO CANGES PC
1700 Lincoln Street, Ste. 4500
Denver, Colorado 80203
Tel.: (303) 298-1122
Fax: (303) 296-1901
E-mail: FVisciano@sennlaw.com

Stephanie J. Quincy (032392)
Lindsay J. Fiore
STEPTOE & JOHNSON LLP
201 East Washington Street, Ste. 1600
Phoenix, Arizona 85004-2382
Tel.: (602) 257-5230
Fax: (602) 257-5299
E-mail: squincy@steptoe.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2014, I electronically filed the foregoing **DEFENDANT'S STATEMENT OF CLAIMS AND DEFENSES** with the Clerk of the Court for the United States District Court for the District of Colorado by using the CM/ECF system.  I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on the following:

> Jennifer Robinson, Esq.
> Jennifer A. Wadhwa, Esq.
> Robinson & Associates Law Office, LLC
> 3300 S Parker Rd., Suite 330
> Aurora, Colorado 80014
> Phone: (303) 866-9793
> Fax: (303) 766-9237
> E-mail: jrobinson@raemploymentgroup.com

> Satima Azumi Porter
> Porter Legal Services, LLC
> 7350 E Progress Place, Ste. 100
> Greenwood Village, CO 80111
> Phone:  (720) 505-4382
> Fax:  (720) 889-9712
> E-mail:  satima@porterlegalservices.com

*Attorneys for Plaintiff*

> <u>Daniela Hoffmann</u>
> Legal Executive Assistant